IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR310-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DECARLO LOVELL MCCAULEY, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER IS BEFORE THE COURT on Defendant's Motion For Bond Reconsideration. The Court takes note of Defendant's completion of several personal advancement programs, including drug treatment, and commends Defendant for undertaking these efforts. This alone, however, cannot constitute a change in circumstances warranting a reconsideration of bond. Therefore, Defendant's motion is DENIED.

IT IS SO ORDERED.

**Signed: January 23, 2006**

Graham C. Mullen
Chief United States District Judge